**No. 46774.**—Protests 440349–G, etc., of Bow Tsee Tong & Co. et al. (San Francisco).

Opinion by OLIVER, P. J.   On the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) some of the articles in question, found to be crude drugs, were held entitled to free entry under paragraph 1567, Tariff Act of 1922, or paragraph 1669, Tariff Act of 1930, and other commodities were held dutiable as drugs, advanced, at 10 percent ad valorem under paragraph 34, Tariff Act of 1922, or paragraph 34, Tariff Act of 1930, in accordance with stipulation of counsel. Protests sustained in part.

**No. 46775.**—Protests 586065–G, etc., of Ti Hang Lung & Co. et al. (San Francisco).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain of the merchandise in question was held: (1) entitled to free entry as crude drugs under paragraph 1669, Tariff Act of 1930, or paragraph 1567, Tariff Act of 1922; and (2) dutiable as drugs advanced at 10 percent ad valorem under paragraph 34, Tariff Act of 1930, or paragraph 34, Tariff Act of 1922. Apricot kernels were held dutiable at 3 cents per pound under paragraph 762, Tariff Act of 1930, or paragraph 760, Tariff Act of 1922, following Abstract 34104. Protests sustained in part.

**No. 46776.**—Protests 785231–G, etc., of International Research Alliance et al. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of *Fashion Trimming Corp.* v. *United States* (6 Cust. Ct. 199, C. D. 462) slung spangles were held dutiable at 60 percent under paragraph 1503 as claimed.

BEFORE THE SECOND DIVISION, JANUARY 7, 1942

**No. 46777.**—Protest 989057-G of Schlesinger & Gintel (New York).

Opinion by TILSON, J.   The record established that the woven silk mufflers have been hemmed. In accordance therewith the claim under paragraph 1209 was sustained.